**Order filed October 1, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00347-CV
_____

### JOSHUA MAXIMILLIAN MURRAY, Appellant

### V.

### SAVOY MANOR, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1130062**

---

## O R D E R

Appellant's brief was due September 19, 2019. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **October 21, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.